WO

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No.  11-4175PO-PCT-JZB |
| Plaintiff, | |
| v. | **DETENTION ORDER** |
| Charleston James Peshlakai, | |
| Defendant. | |

The defendant appeared in court with counsel.  Defendant chose to waive his preliminary revocation hearing.  The Court finds probable cause to believe the defendant violated the terms of his supervised probation as alleged in the petition.

Thereafter the Court addressed the matter of detention and after considering the arguments of counsel and the provisions of the Bail Reform Act, the Court finds that defendant has failed to show clear and convincing evidence that he is not a flight risk or a danger.

IT IS ORDERED that the defendant be detained as a flight risk and danger, pending further revocation proceedings.  Fed. R. Crim. P. 32.1(a)(6), 18 U.S.C. § 3143(a)(1).

Dated this 13th day of August, 2015.

_____

David K. Duncan
United States Magistrate Judge